Case 1:24-cv-06131-DEH-BCM   Document 21   Filed 11/15/24   Page 1 of 1



**LAW OFFICES OF**
**Mitchell S. Segal**
P.C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2024
```

Via ECF Filing
Honorable Barbara Moses
United States District Court
Southern District Of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

November 14, 2024

**MEMO ENDORSED**

Re: <u>Mihalatos v. 22 Beaver Bake Corp. et al</u>
   <u>Case No.: 1:24-cv-06131-DEH-BCM</u>

Dear Magistrate Judge Barbara Moses:

    I represent the Defendants in the above-referenced matter and submit this letter seeking an adjournment of the initial conference that is scheduled for December 10, 2024, at 11 a.m. The parties have scheduled mediation for the above-referenced matter on the same date, December 10, 2024, at 10 a.m.

    This is the first request for an adjournment of a conference on this matter. The parties request that the initial conference be adjourned to a mutually convenient day for both parties. The Defendants have spoken with Plaintiff's counsel and obtained Plaintiff's consent for this adjournment. The parties are both available for an initial conference on December 12th or 13th.

    I thank your Honor for the time taken to review this request.

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

---

Application GRANTED to the extent that the conference scheduled for December 10, 2024, and the deadline to submit a Pre-Conference Statement (*see* Dkt. 19 at 1-2), are adjourned *sine die*. It is hereby ORDERED that, no later than **December 13, 2024**, the parties must provide the Court with a status update as to the outcome of the mediation.

_/s/ Barbara Moses_____
Barbara Moses
United States Magistrate Judge
November 15, 2024

---

Long Island Office
1129 Northern Boulevard, Suite 404, Manhasset, N.Y. 11030

New York City Office
137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com | (212) 388-9444 | (516) 415-0100 | 800-700-CASE | (516) 706-6631 | www.segallegal.com